# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Kim Teel,
    Plaintiff

v.                         Case No.  1:10-cv-613

Commissioner of
Social Security,
    Defendant

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed May 29, 2012 (Doc. 37).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's motion for attorney fees and costs is **GRANTED**. Plaintiff is awarded $3,230.00 in attorney fees and $350.00 in costs for a total award of $3,580.00.

Date: June 26, 2012                                s/Sandra S. Beckwith
                                                               Sandra S. Beckwith, Senior Judge
                                                                United States District Court